UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAUL A. JONES,

    Plaintiff,

                                                  Case No. 8:18-cv-2886-WFJ-AAS

v.

BADCOCK HOME
FURNITURE,

    Defendant.
_____/

## ORDER

This matter comes to the Court on Defendant, W.S. Badcock Corporation's Motion to Stay the Case and Compel Arbitration (Dkt. 8) and on the parties' Stipulation to Stay of Case and Arbitration filed on January 8, 2019. This case is **STAYED** pending the completion of the arbitration process. The Clerk is directed to **ADMINISTRATIVELY CLOSE** the file.

**DONE AND ORDERED** at Tampa, Florida on January _8th_, 2019.

                                       WILLIAM F. JUNG
                                       UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
All counsel of record